**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Larry Allen POWELL, Defendant— Appellant.**

No. 04–35667.

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 9, 2006.*

Decided Jan. 19, 2006.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Aine Ahmed, Esq., USSP—Office of the U.S. Attorney, Spokane, WA, for Plaintiff–Appellee.

Larry Allen Powell, FCIS—Federal Correctional Institution, Sheridan, OR, pro se.

Before: HUG, O'SCANNLAIN, and SILVERMAN, Circuit Judges.

### MEMORANDUM**

Larry Allen Powell appeals pro se from the district court's denial of his 28 U.S.C. § 2255 motion seeking to vacate his 41–month sentence for being a felon in possession of ammunition. We have jurisdiction under 28 U.S.C. § 2253, and we vacate and remand.

Powell contends, and the government concedes, that the district court erred at

sentencing by using U.S.S.G § 4A1.3 to increase Powell's offense level. We agree. *See United States v. Martin,* 278 F.3d 988, 1002–03 (9th Cir.2002) ("[o]ffense-level departures to reflect an underrepresented criminal history are erroneous"). We therefore vacate the district court's judgment and remand for the district court to grant the § 2255 motion and resentence Powell.

To the extent that Powell's brief raises uncertified issues, we construe his contentions as a motion to expand the Certificate of Appealability, and we deny the motion. *See* 9th Cir. R. 22–1(e); *Hiivala v. Wood,* 195 F.3d 1098, 1104–05 (9th Cir.1999) (per curiam).

**VACATED and REMANDED.**

---

** This disposition is not appropriate for publication and may not be cited to or by the

courts of this circuit except as provided by 9th Cir. R. 36–3.

